**FILED**
CLERK, U.S. DISTRICT COURT

June 1, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OCHOA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S COMPANIES, INC.,<br><br>    Defendant. | CASE NO.: 2:21-CV-06377-SVW-JEM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 1, 2021<br>Trial Date: None Set |
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1   Having reviewed the parties' Joint Stipulation for Dismissal with Prejudice
2   ("Stipulation"), this Court hereby GRANTS the Stipulation. This case is DIMISSED WITH
3   PREJUDICE, with each party to bear its own attorneys' fees and costs.
4                          IT IS SO ORDERED.
5
6
            DATED: June 1, 2022
7
8           _____
9           United States District Judge Stephen V. Wilson